# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| Case No. | EDCV 20-00825-CJC-(SHKx) | Date | June 30, 2021 |
|---|---|---|---|
| Title | Lucio Heredia v. Wabash National Corporation | | |

Present: The Honorable    CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION TO DISMISS CASE**

    The Court, having been advised by the Defendant that this action has been resolved by a Stipulation to Dismiss [21], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                           _____ : _____

Initials of Deputy Clerk   kdu